| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Walker, John M | 2. Court or Organization<br><br>United States Court of Appeals : Second Circuit | 3. Date of Report<br><br>08/11/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>157 Church Street<br>New Haven, CT 06510 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Director | Dwight D. Opperman Institute of Judicial Administration (formerly known as Institute of Judicial Administration) |
| 2.   Past President | Federal Judges Association |
| 3.   Director | U.S. Association of Constitutional Law |
| 4.   Director | The CEELI Institute |
| 5.   Director | American Society of International Law, Judicial Advisory Board |
| 6.   Director | Foundation for Advancement of an Independent Judicial and the Rule of Law |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | Feb-May | Income as Visiting Lecturer, Yale Law School | $ 10000 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Society Of International Law | Jan 23-24 | Washington, DC | Judicial Advisory Board | Transportation |
| 2. | Federal Judges Association | May 5-May 7 | Pentagon City, VA | Meeting | Transportation and meals |
| 3. | CEELI Institute | June 4 - June 9 | Prague, Czech Republic | Board Meeting | Transportation, lodging and meals |
| 4. | ABA Rule of Law Initiative | July 14 - July 23 | Tbilisi, Georgia | Rule of Law Program | Transportation, lodging and meals |
| 5. | ABA Rule of Law Initiative | July 23-27 | Yerevan Armenia | Rule of Law Program | Lodging and meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Walker, John M** | 08/11/2008 |

| 6. | CEELI Institute | Sep 30 - Oct 10 | Prague, Czech Republic | Judicial Integrity Roundt | Transportation |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, John M | 08/11/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# FINANCIAL DISCLOSURE REPORT
**For:** Walker, Jr., John M.

## VII. Investments and Trusts

| Description of Assets | B. Income during reporting period (1) Amount Code | B. (2) Type | C. Gross Value at end of reporting period (1) Value Code | C. (2) Value Method | D. Transactions during reporting period (1) Type | D. (2) Date: Month/day | D. (3) Value Code | D. (4) Gain Code | D. (5) Identity of buyer/seller if private trans |
|---|---|---|---|---|---|---|---|---|---|
| **--COMMON STOCK--** | | | | | | | | | |
| AES CORP | | None | L | T | BUY | 7/18 | L | | |
| AMERICAN TOWER CORP | | None | L | T | BUY | 7/18 | L | | |
| ARCHER DANIELS MIDLAND CO | | None | | | BUY | 4/18 | L | | |
| | | | | | SELL | 5/9 | L | | |
| AUTO ZONE | | None | | | SELL | 11/5 | K | D | |
| BED BATH & BEYOND INC | | None | L | T | BUY | 5/15 | K | | |
| BERKSHIRE HATHAWAY INC CL B | | None | K | T | BUY | 7/18 | K | | |
| BRIGHT HORIZON FAMILY SOLUTIONS INC | | None | J | T | | | | | |
| CH ROBINSON | | None | L | T | BUY | 11/1 | L | | |
| CAPITAL ONE FINANCIAL | A | DIVIDEND | K | T | BUY | 7/18 | L | | |
| CARDINAL HEALTH INC COM | A | DIVIDEND | | | SELL | 7/9 | K | D | |
| CARMAX | | None | K | T | BUY | 9/25 | K | | |
| CHEVRON CORP | B | DIVIDEND | L | T | | | | | |
| CINTAS CORP. | | None | | | SELL | 3/21 | K | | |
| CISCO SYST. INC | | None | L | T | BUY | 6/22 | J | | |
| CLEAR CHANNEL OUTDOOR | | None | K | T | BUY | 7/18 | K | | |
| CLEAR MEDIA LTD. | | None | K | T | BUY | 8/7 | K | | |
| DIGENE CORP. | | None | | | SELL | 7/12 | L | F | |
| FANNIE MAE | | None | J | T | BUY | 12/11 | J | | |
| FREDDIE MAC | A | DIVIDEND | J | T | BUY | 12/12 | J | | |
| GENERAL ELECTRIC CO. | A | DIVIDEND | J | T | | | | | |
| GLADSTONE COMM CORP | A | DIVIDEND | K | T | BUY | 8/3 | K | | |
| GOOGLE INC | | None | L | T | BUY | 5/8 | M | | |
| | | | | | Partial Sale | 11/8 | L | E | |
| HMS HOLDINGS CORP | | None | K | T | BUY | 7/18 | K | | |

## FINANCIAL DISCLOSURE REPORT
**For:** Walker, Jr., John M.

## VII. Investments and Trusts

| A. | B. | | C. | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Income during reporting period | | Gross Value at end of reporting period | | Transactions during reporting period | | | | |
| | | | | | | | If not exempt from disclosure | | |
| | (1) | (2) | (1) | (2) | (1) | (2) | (3) | (4) | (5) |
| Description of Assets | Amount Code | Type | Value Code | Value Method | Type | Date: Month/day | Value Code | Gain Code | Identity of buyer/seller if private trans |
| INFOSYS TECHNOLOGIES | | None | | | BUY | 4/24 | K | | |
| | | | | | SELL | 11/21 | K | | |
| INTERNATIONAL BUSINESS MACHINES CORP | B | DIVIDEND | M | T | BUY | 6/29 | J | | |
| INVITROGEN CORP. | | None | | | SELL | 11/9 | M | F | |
| LAMAR ADVERTISING INC | | None | K | T | BUY | 7/18 | K | | |
| | | | | | BUY | 8/8 | K | | |
| | | | | | Partial Sale | 9/19 | K | | |
| LOWES CO. INC. | A | DIVIDEND | K | T | BUY | 11/30 | J | | |
| | | | | | Partial Sale | 12/31 | J | | |
| LUKOIL | | None | | | SELL | 5/31 | K | C | |
| MGI PHARMA INC. | | None | K | T | BUY | 7/18 | K | | |
| MARKEL CORPORATION | | None | K | T | BUY | 7/18 | K | | |
| MEDTRONIC INC | A | DIVIDEND | | | SELL | 10/16 | K | | |
| MICROS SYSTEMS INC | | None | K | T | BUY | 7/18 | K | | |
| MICROSOFT CORP. | A | DIVIDEND | K | T | | | | | |
| MILLICOM INTERNATIONAL | | None | K | T | BUY | 7/20 | K | | |
| MORGAN STANLEY D W | A | DIVIDEND | | | SELL | 11/5 | K | D | |
| NEWALTA INCOME FD TRUST UNIT | A | DIVIDEND | K | T | BUY | 10/25 | K | | |
| NUCO2 INC | | None | K | T | BUY | 7/18 | K | | |
| ODYSSEY HEALTHCARE | | None | K | T | BUY | 9/25 | K | | |
| | | | | | Partial Sale | 10/30 | K | | |
| ORACLE CORPORATION | | None | M | T | BUY | 4/16 | J | | |
| PEPSICO INC. | B | DIVIDEND | M | T | | | | | |
| PIONEER NATURAL | A | DIVIDEND | K | T | BUY | 7/18 | K | | |
| POOL CORP | A | DIVIDEND | K | T | BUY | 7/18 | K | | |
| QUALITY SYSTEMS INC | A | DIVIDEND | | | BUY | 6/1 | L | | |
| | | | | | SELL | 11/21 | K | | |
| RED HAT INC. COMPANY | | None | | | SELL | 3/30 | K | C | |

## VII. Investments and Trusts

| Description of Assets | A. Income during reporting period (1) Amount Code | A. (2) Type | C. Gross Value at end of reporting period (1) Value Code | C. (2) Value Method | D. Transactions during reporting period (1) Type | D. (2) Date: Month/day | D. (3) Value Code | D. (4) Gain Code | D. (5) Identity of buyer/seller if private trans |
|---|---|---|---|---|---|---|---|---|---|
| ROBERT HALF INTERNATIONAL INC | A | DIVIDEND | | | SELL | 11/6 | L | | |
| ROCHE HOLDINGS LTD | | None | | | SELL | 10/31 | K | | |
| SIRIUS SATELLITE RADIO | | None | J | T | BUY | 7/18 | J | | |
| SMUCKER JM & CO | A | DIVIDEND | K | T | | | | | |
| SUPER MICRO COMPUTER INC | | None | K | T | BUY | 5/17 | K | | |
| UNITED BANKSHARES INC | | None | J | T | BUY | 11/9 | J | | |
| UNITED SURGICAL PARTNERS | | None | | | SELL | 4/20 | L | E | |
| UNITED TECHNOLOGIES CORP | A | DIVIDEND | L | T | BUY | 10/17 | L | | |
| UNITEDHEALTH GROUP INC | A | DIVIDEND | L | T | Partial Sale | 5/18 | J | C | |
| UNIVERSAL DISPLAY CORP | | None | K | T | BUY | 7/18 | K | | |
| URSTADT BIDDLE PPT A | | None | K | T | | | | | |
| VALERO ENERGY CORP | A | DIVIDEND | L | T | | | | | |
| VARIAN MEDICAL SYSTEMS | | None | L | T | | | | | |
| WR BERKLEY | A | DIVIDEND | L | T | BUY | 8/30 | L | | |
| WAL MART STORES INC | B | DIVIDEND | M | T | | | | | |
| WALGREEN CO. | A | DIVIDEND | M | T | BUY | 7/10 | K | | |
| | | | | | Partial Sale | 12/5 | J | | |
| WHOLE FOODS MKT INC | B | DIVIDEND | L | T | BUY | 5/11 | K | | |
| --CASH & EQUIVALENTS-- | | | | | | | | | |
| PERSHING GOVERNMENT ACCOUNT | | None | M | T | | | | | |
| PRIME MANAGEMENT OBLIGATIONS CAP. | D | INTEREST | M | T | | | | | |
| FIDELITY CASH | B | INTEREST | J | T | BUY | 7/18 | J | | |
| FIDELITY US TREASURY MM | A | INTEREST | K | T | BUY | 7/18 | K | | |
| --CORPORATE BONDS-- | | | | | | | | | |
| HOUSEHOLD FINANCE | B | INTEREST | | | SELL | 1/30 | L | | |
| FHLB 5.00% due 02/04/09 | B | INTEREST | L | T | BUY | 2/21 | L | | |

## FINANCIAL DISCLOSURE REPORT
**For:** Walker, Jr., John M.

## VII. Investments and Trusts

| A. | B. | | C. | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Income during reporting period | | Gross Value at end of reporting period | | Transactions during reporting period | | | | |
| | | | | | | If not exempt from disclosure | | | |
| | (1) | (2) | (1) | (2) | (1) | (2) | (3) | (4) | (5) |
| Description of Assets | Amount Code | Type | Value Code | Value Method | Type | Date: Month/day | Value Code | Gain Code | Identity of buyer/seller if private trans |
| **--BANK ACCOUNTS--** | | | | | | | | | |
| BANK OF AMERICA | A | INTEREST | J | T | | | | | |
| CITIBANK | A | INTEREST | J | T | | | | | |
| PEOPLES BANK | A | INTEREST | J | T | | | | | |
| **--OTHER INVESTMENTS--** | | | | | | | | | |
| RESIDENTIAL RENTAL, LEW BEACH NY | E | RENT | | | SELL | 6/15 | O | G | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544